IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LARRY G. PHILPOT, | § § § § | |
| Plaintiff | § § | |
| v. | § § | Civil Action No. 1:18-cv-816-RP |
| EMMIS OPERATING COMPANY | § § § | |
| Defendant. | § | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiff Larry G. Philpot and Defendant Emmis Operating Company, hereby stipulate to the voluntary dismissal of this lawsuit with prejudice. All costs and attorney's fees will be paid by the party incurring the same.

EXHIBIT C                                                                                                                        PAGE 1

Respectfully submitted,

**HUTCHERSON LAW PLLC**

/s/ *[signature]*

Kenton J. Hutcherson
Texas State Bar No. 24050798
Hutcherson Law PLLC
3131 McKinney Avenue, Suite 600
Dallas, Texas 75204
Tel: (214) 443-4200
Fax: (214) 443-4210
Email: kjh@hutchersonlaw.com

**ATTORNEY FOR PLAINTIFF**


**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

/s/ *[signature]*

Valeri C. Williams
State Bar No.: 24058797
Valeri.Williams@wilsonelser.com
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
901 Main Street, Suite 4800
Dallas, Texas 75201
Telephone: (214) 698-8053
Facsimile: (214) 698-1101

Adam Bialek
adam.bialek@wilsonelser.com
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
150 E 42nd Street
New York, NY 10017
Telephone: (212) 915-5143
Facsimile: (212) 490-3038
Admitted Pro Hac Vice

**ATTORNEYS FOR DEFENDANT**

EXHIBIT C                                                                                                         PAGE 2

## CERTIFICATE OF SERVICE

I hereby certify that on [Date] October 2, 2019, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing to the following CM/ECF participants:

Valeri C. Williams
Wilson Elser Moskowitz Edelman & Dicker, LLP
Bank of America Plaza
901 Main Street, Suite 4800
Dallas, Texas 75202
Telephone: (214) 698-8000
Fax: (214) 698-1101
Email: valeri.williams@wilsonelser.com

Adam Bialek
Wilson Elser Moskowitz Edelman & Dicker, LLP
150 East 42nd Street
New York, NY 10017
Telephone: (212) 915-5143
Fax: (212) 490-3038
Email: adam.bialek@wilsonelser.com

Attorneys for Defendant

/s/ Kenton Hutcherson
Kenton J. Hutcherson

EXHIBIT C                                                                                                     PAGE 3